MAYOR OF THE CITY OF NEW YORK, Appellant, v COUNCIL OF THE CITY OF NEW YORK, Respondent. LILLIAN ROBERTS, as Executive Director of District Council 37, AFSCME, AFL-CIO, et al., Intervenors-Respondents.

Submitted March 26, 2007; decided March 29, 2007

Motion by United Federation of Teachers et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

MILLENIUM ENVIRONMENTAL, INC., Appellant, v CITY OF LONG BEACH OF STATE OF NEW YORK, Respondent.

Submitted February 5, 2007; decided March 29, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

In the Matter of GEORGE O'DONNELL, Appellant, v MICHAEL BLOOMBERG, as Mayor of the City of New York, et al., Respondents.

Submitted February 5, 2007; decided March 29, 2007

Motion, insofar as it seeks leave to appeal from the order of the Appellate Division denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.